164 A.3d 405

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL N. BRIGHT (A/K/A MICHAEL MCNNAIR),
DEFENDANT–PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1642/3480–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.